# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| J & J Sports Production, Inc., | Case No. 2:18-cv-00629-JAD-VCF |
| Plaintiff | |
| v. | **Order Adopting Report and Recommendation and Granting Motion for Default Judgment** |
| Coco Beach Corporation dba Mariscos El Dorado and Maria Quntero de Ramirez, | |
| Defendants | [ECF Nos. 10, 11] |

This lawsuit arises out of the defendants' alleged unauthorized 2016 broadcast of a boxing match. The defendants failed to appear, default was entered against them,[1] and plaintiff now moves for the entry of default judgment.[2] Magistrate Judge Ferenbach has carefully evaluated that motion and recommends that I grant it and enter judgment in favor of the plaintiff in the amount of $10,000 in statutory damages and $50,000 in enhanced damages.[3] The deadline for objections to that recommendation was April 30, 2019, and no party has filed an objection to it or moved to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[4]

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 11] is ADOPTED** in full;

---

[1] ECF No. 7.

[2] ECF No. 10.

[3] ECF No. 11.

[4] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

IT IS FURTHER ORDERED THAT the Motion for Default Judgment **[ECF No. 10] is GRANTED**; and

And with good cause appearing and no reason to delay, IT IS FURTHER ORDERED THAT the Clerk of Court is directed to **ENTER FINAL JUDGMENT against the defendants, jointly and severally, in the amount of $60,000 (which consists of $10,000 in statutory damages and $50,000 in enhanced damages)** and CLOSE THIS CASE.

Dated: May 3, 2019

_____
U.S. District Judge Jennifer A. Dorsey