# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

J & J Sports Production, Inc.,

                  Plaintiff,

v.

Coco Beach Corporation dba Mariscos El Dorado and Maria Quntero de Ramirez,

                  Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-00629-JAD-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered against the defendants, jointly and severally, in the amount of $60,000.

May 3, 2019  
Date

DEBRA K. KEMPI  
Clerk

/s/ J. Matott  
Deputy Clerk